**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**JOHN CARTER DOYLE**<br><br><div align="center">Debtor(s).</div> | Case No.:  6:25-bk-12932-RB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE**<br>[ 11 U.S.C. 1307(c) ]<br><br>**Hearing Date: 07/09/2026** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 05/06/2026.

The hearing on this motion which was scheduled for 07/09/2026, should be taken off calendar.

Date: 06/29/2026

<div align="center">/s/ Rod Danielson</div>
<div align="center">Signature</div>

FG:181 - 06/29/2026 - RD