United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 25-12932-RB

John Carter Doyle                                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                         Page 1 of 1

Date Rcvd: Jul 02, 2026                       Form ID: pdf042                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID                   Recipient Name and Address**
db                        + John Carter Doyle, 82557 Lordsburg Drive, Indio, CA 92203-3851

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

**Name                        Email Address**

Christina J Khil

on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as Delaware Trustee of SMRF Trust VI-A, and its successors and/or assignees christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Rod Danielson (TR)

notice-efile@rodan13.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 3



**FILED & ENTERED**

**JUL 02 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re: | Case No. 6:25-BK-12932-RB |
|---|---|
| JOHN CARTER DOYLE | Chapter 13 |
| Debtor, | **ORDER DENYING DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AND REQUEST FOR ORDER MAINTAINING STAY AND FOR HEARING AS SOON AS POSSIBLE BEFORE JULY 14, 2026** |

On July 1, 2026, John Carter Doyle ("Debtor") filed Motion to Modify Chapter 13 Plan and Request for Order Maintaining Stay and for Hearing ("Motion"), ECF Doc. 65.

On May 29, 2026, an Order Denying Debtor's Motion to Reconsider, Vacate, or Modify Order Granting Relief from the Automatic Stay was entered by the Court. ECF Doc. 62.

The Motion was not filed on the Court's mandatory form "Motion Under LBR 3015-1(n) and (w) to Modify Plan or Suspend Plan Payments" (Form #: F 3015-1.05.MOTION.MODIFY.SUSPEND).

After reviewing the Motion, the relevant case documents, and the procedural history of the case, because the request to modify the plan was not filed on the proper form and because the Court has already considered Debtor's arguments about the automatic stay and no basis is offered for maintaining a stay,

**IT IS ORDERED** that:

1.    the Motion to modify is denied without prejudice to renewal on the proper form; and

2.    the balance of the Motion is denied.

###

Date: July 2, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2